United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BAIEL ULANOV, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. 1:26-CV-00246 |
| | § | |
| THE WARDEN OF EL VALLE | § | |
| DETENTION CENTER, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Ignacio Torteya, III.

Signed on  March 4, 2026.

_____
Rolando Olvera
United States District Judge

1 / 1