United States District Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **BAIEL ULANOV**, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. **1:26-cv-246** |
| **WARDEN OF EL VALLE** | § | |
| **DETENTION FACILITY**, in his | § | |
| official capacity, *et al.*, | § | |
| Respondents. | § | |

## ORDER

Petitioner Baiel Ulanov, proceeding pro se, has filed an "Application to Proceed in District Court Without Prepaying Fees or Costs" (Petitioner's "Application") in connection with his 28 U.S.C. § 2241 petition for writ of habeas corpus. Dkt. No. 2. Upon review of Petitioner's Application, it appears that he currently lacks the funds to cover the filing fees. *Id.*

**ACCORDINGLY**, Petitioner's Application [Dkt. No. 2] is **GRANTED**.

The Clerk of Court is **DIRECTED** to waive any filing fees or service fees.

**SIGNED** on this **18th** day of **May, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III
United States Magistrate Judge**