United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| BAIEL ULANOV, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00246 |
| | § | |
| WARDEN OF EL VALLE | § | |
| DETENTION FACILITY, in his | § | |
| official capacity, *et al.*, | § | |
| "Respondents." | § | |

## ORDER

Before the Court is the "Magistrate Judge's Report and Recommendation" (Dkt. No. 13) ("R&R"). The R&R recommends that the Court: (1) dismiss without prejudice Petitioner's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition") and (2) direct the Clerk of Court to close the case. Dkt. No. 13 at 6.

The R&R was published on May 21, 2026, and objections to the R&R were due on June 9, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 13) is **ADOPTED**. The Petition (Dkt. No. 1) is hereby **DISMISSED** without prejudice. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this June 11, 2026

Rolando Olvera
United States District Judge

1 / 1